EL PUEBLO, DEMANDANTE Y APELADO, *v.* AVENAU, ACUSADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Ponce, en causa por infracción al artículo 300 del Código Penal.

No. 1485.—Resuelto en marzo 29, 1920.

JUEGOS PROHIBIDOS—INTERPRETACIÓN DE LA PALABRA "CASA" TAL COMO SE USA EN EL ARTÍCULO 300 DEL CÓDIGO PENAL.—Imputarle al acusado cuyo nombre es Cruz Avenau que permitía juegos prohibidos "en un cafetín de Cruz Avenau," es lo mismo que imputarle que los permitía en una casa de su propiedad. La palabra "casa", como se usa en el artículo 300 del Código Penal, es un término genérico que prácticamente comprende todo lugar cerrado donde los hombres pueden reunirse y sentarse, especialmente, si tiene un techo. Un cafetín es solamente una denominación especial de una casa.

JUEGO PROHIBIDO EN LA CASA DEL ACUSADO—PRUEBA CONTRADICTORIA—APRECIACIÓN DE PRUEBA.—Si aun cuando la prueba sea contradictoria, la del Pueblo tiende a establecer *prima facie* que en una casa del acusado se llevaba a cabo un juego prohibido y que el acusado derivaba una ganancia de tal juego, para que el Tribunal Supremo vaya contra la apreciación que de tal prueba hizo la corte inferior, es preciso demostrar que ésta actuó movida por prejuicio, pasión o parcialidad, o con manifiesto error.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. L. Tormes.*

Abogado del apelado: *Sr. J. E. Figueras, Fiscal.*

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

Cruz Avenau fué declarado culpable del delito prescrito en el artículo 300 del Código Penal, o sea "el permitir que se juegue, lleve a cabo o dirija un juego prohibido en alguna casa de su pertenencia," habiendo apelado contra dicha sentencia. Alega ahora, en primer lugar, que en la denuncia no se imputó la comisión de un delito público, puesto que el juego tuvo lugar en un cafetín de Cruz Arnau mientras que el estatuto exige que el juego haya tenido lugar o haya sido dirigido "en alguna casa de su pertenencia o que tuviera alquilada" una persona. El uso de la preposición "de" describe suficientemente la pertenencia a falta de una petición solicitando más detalles. La palabra "casa", como se usa en el artículo 300, es un término genérico que prácticamente comprende todo lugar cerrado donde los hombres pueden reunirse y sentarse, especialmente si tiene un techo. Un cafetín es solamente una denominación especial de una casa. La palabra "cafetín", tal como se usa en Puerto Rico, prácticamente significa cualquier pequeño lugar donde se venden refrescos y cosas por el estilo. La denuncia era suficiente. El segundo error alegado se refiere a la prueba.

La prueba no es muy robusta, pero un policía declaró haber sorprendido una jugada de monte que se llevaba a cabo y vió que se recogía un barato, el cual se colocaba en un potecito donde había otro dinero. El sorprendió a los jugadores. Verdad es que no tuvo gran oportunidad de observar muchas de las jugadas, pero se le permitió declarar sin objeción (con excepción de que no era la mejor prueba) que algunos de los jugadores habían sido arrestados y declarados culpables. Las condenas surgieron en el examen de la defensa sin objeción alguna. La prueba contraria fué que se jugaba a los dóminos y que los 29 centavos ocupados por el policía no era ningún barato sino el cambio de un dollar

gastado en refrescos. Aunque hubo contradicción se estableció un caso *prima facie* de estarse llevando a cabo un juego prohibido del cual el acusado derivaba una ganancia y que tal juego prohibido tuvo lugar en una casa del acusado y apelante.

La sentencia apelada debe ser confirmada.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro, Aldrey y Hutchison.